UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YUN MIN HU,

                Plaintiff,

-against-

WAN XING LONG, INC.
d/b/a MAPLE SUPERMARKET,
SIN TUNG CHAN, KENNY CHAN,
BI ZHEN ZHANG, YI JIAO WU and
XUE JI CHEN,

                Defendants.
------------------------------------------------------------------X

Case No. 09-CV-2754 (FB)(VVP)

**ANSWER TO AMENDED COMPLAINT**

Defendants WAN XING LONG, INC. d/b/a MAPLE SUPERMARKET, SIN TUNG CHAN and KENNY CHAN ("Defendants"), by and through their attorneys, LAW OFFICES OF RICHARD A. DIENST, hereby submit their Answer to the Amended Complaint filed by Plaintiff YUN MIN HU ("Plaintiff"). Except as admitted or otherwise denied herein, Defendants hereby deny pursuant to Rule 8(b) of the Federal Rules of Civil Procedure all averments set forth against it in the Complaint. Defendants deny, admit and aver as follows:

1. Defendants deny the allegations in paragraph 1 of the Amended Complaint.

2. Defendants deny the allegations in paragraph 2 of the Amended Complaint.

3. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3 of the Amended Complaint.

4. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4 of the Amended Complaint.

5. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5 of the Amended Complaint.

6. Defendants deny the allegations in paragraph 6 of the Amended Complaint, except aver that Defendant Wan Xing Long, Inc. d/b/a Maple Supermarket is an inactive domestic business corporation that has been dissolved pursuant to the laws of the State of New York.

7. Defendants deny the allegations in paragraph 7 of the Amended Complaint, except aver that Defendant Sin Tung Chan was a shareholder and officer of Wan Xin Long, Inc.

8. Defendants deny the allegations in paragraph 8 of the Amended Complaint, except aver that Defendant Kenny Chan was a shareholder and officer of Wan Xin Long, Inc.

9. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9 of the Amended Complaint.

10. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10 of the Amended Complaint.

11. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11 of the Amended Complaint.

12. Defendants deny the allegations in paragraph 12 of the Amended Complaint.

13. Defendants deny the allegations in paragraph 13 of the Amended Complaint.

14. Defendants deny the allegations in paragraph 14 of the Amended Complaint.

15. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15 of the Amended Complaint.

16. Defendants deny the allegations in paragraph 16 of the Amended Complaint, except aver that Plaintiff was employed by Defendant Wan Xing Long, Inc. d/b/a Maple Supermarket from in or about January 2006 to in or about October 2008.

17. Defendants deny the allegations in paragraph 17 of the Amended Complaint, except aver that Plaintiff was employed by Defendant Wan Xing Long, Inc. d/b/a Maple Supermarket from in or about January 2006 to in or about October 2008.

18. Defendants deny the allegations in paragraph 18 of the Amended Complaint, except aver that Plaintiff was employed by Defendant Wan Xing Long, Inc. d/b/a Maple Supermarket from in or about January 2006 to in or about October 2008, and during the course of his employment he performed various hours of work each week.

19. Defendants deny the allegations in paragraph 19 of the Amended Complaint.

20. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 of the Amended Complaint.

## COUNT I

21. Defendants incorporate their responses to the allegations in paragraphs 1 through 20 of the Amended Complaint.

22. Defendants deny the allegations in paragraph 22 of the Amended Complaint.

23. Defendants deny the allegations in paragraph 23 of the Amended Complaint.

24. Defendants deny the allegations in paragraph 24 of the Amended Complaint.

25. Defendants deny the allegations in paragraph 25 of the Amended Complaint.

26. Defendants deny the allegations in paragraph 26 of the Amended Complaint.

27. Defendants deny the allegations in paragraph 27 of the Amended Complaint, except aver that records concerning the number of hours worked by Plaintiff and the actual compensation paid to Plaintiff have already been provided to Plaintiff's attorneys.

28. Defendants deny the allegations in paragraph 28 of the Amended Complaint.

29. Defendants deny the allegations in paragraph 29 of the Amended Complaint.

30. Defendants deny the allegations in paragraph 30 of the Amended Complaint.

31. Defendants deny the allegations in paragraph 31 of the Amended Complaint.

32. Defendants deny the allegations in paragraph 32 of the Amended Complaint.

## COUNT II

33. Defendants incorporate their responses to the allegations in paragraphs 1 through 32 of the Amended Complaint.

34. Defendants deny the allegations in paragraph 34 of the Amended Complaint.

35. Defendants deny the allegations in paragraph 35 of the Amended Complaint.

36. Defendants deny the allegations in paragraph 36 of the Amended Complaint.

## PRAYER FOR RELIEF

37. Defendants deny the allegations set forth in Plaintiff's prayer for relief.

**WHEREFORE**, Defendants respectfully demand a judgment:

a) Dismissing the Amended Complaint in its entirety;

b) Awarding Defendants their costs and reasonable attorneys' fees in connection with defending the claims in this matter; and

c) For such other and further relief as this Court deems just and proper.

Dated: New York, New York
December 21, 2009

LAW OFFICES OF RICHARD A. DIENST

By: _____
Richard A. Dienst (RD-9963)

20 Vesey Street, Suite 500
New York, New York 10007
Telephone: (212) 384-0201
Facsimile: (212) 608-1035