| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY<br>U.S. MAGISTRATE JUDGE | DATE:<br>START TIME:<br>END TIME: | 12/22/09<br>11:00 a.m.<br>11:15 a.m. |

DOCKET NO.   CV-09-2754                    JUDGE:   FB

CASE NAME:   Hu v. Wan Xing Long, Inc., et al

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Initial

APPEARANCES:    Plaintiff      C.K. Lee

                Defendant      Richard Dienst


SCHEDULING AND RULINGS:

1. No further conferences are scheduled at present.

2. Settlement terms placed on the record; counsel for the plaintiff will file a stipulation of dismissal via ECF.